In the Matter of Acquiring Title by the City of New York to Certain Lands under Water, etc. Metropolitan-Columbia Stockholders, Inc., and Lawrence Wards Island Realty Company. The City of New York.— Motion for leave to appeal to the Court of Appeals granted; motion for reargument denied. [See 262 App. Div. 1017.]  Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of Supplementary Proceedings: Conlew, Inc., v. Moe Gale.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley. Cohn and Callahan, JJ.

Harry Brenner v. Samuel Strasbourger and Max L. Schallek, Doing Business as Strasbourger & Schallek.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.  Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

George W. Kaufman v. Provident Savings Bank & Trust Company of Cincinnati.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.  Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Jay W. Cole v. Satan's Toe, Inc., and Neal R. Andrews.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs, and stay vacated.— Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of Title Guarantee and Trust Company, as Executor, etc., of Edward W. Browning, Deceased, etc.  Title Guarantee and Trust Company, etc.  George B. McGahan.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay vacated.  Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of Corporate Employment Service, Inc., for an Order against Paul Moss, as Commissioner of Licenses of the City of New York.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted on the limitations as specified in the affidavit in opposition to the motion; motion for a stay pending the appeal to the Court of Appeals granted. [See ante, p. 14.]  Settle order on notice.  Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of William Egbers for an Order Pursuant to Article 78 of the Civil Practice Act against William F. Carey, as Commissioner of Sanitation of the City of New York, and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs.  Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

Edward C. Alexion, as President of Association of Motor Vehicle Salesmen of Greater New York and Vicinity, etc., v. Leslie W. Hollingsworth and Others. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs; motion for stay granted in so far as to stay execution of the judgments for costs, pending the granting or final refusal by the Court of Appeals of leave to appeal.  Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.